| 1. Person Reporting (Last name, first, middle initial) Bowdre, Karon O. | 2. Court or Organization District Court~N.D. Alabama | 3. Date of Report 8/5/01 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge ~ Nominee | 5. Report Type (check type) X Nomination, Date 08/02/2001 _____ Initial _____ Annual _____ Final | 6. Reporting Period 01/01/2000 to 07/05/2001 |
|---|---|---|

| 7. Chambers or Office Address Cumberland School of Law, Samford Univ., Lakeshore Dr. Birmingham, AL 35229 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Professor of Law | Cumberland School of Law, Samford University |
| 2 | Board of Directors | Brigham-Williams, Inc |
| 3 | Proprietor | KayBee Saddlebreds |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 05/01/01 | Cumberland School of Law, Samford University (Employment on annual salary basis as Law Professor) |
| 2 | 09-14-99 | Piper Marbury Rudnick & Wolfe, LLP (Consultant on hourly basis as Expert Witness) |
| 3 | 01/01/00 | Samford University (Defined Benefit Plan) |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 12-31-00 | Samford University, Cumberland School of Law (Law Professor) | 75,471 |
| 2 | 05-11-00 | Cunningham Bounds - Expert Witness Fee | 1,740 |
| 3 | 12-31-00 | Rives & Peterson- Expert Witness Fee | 460 |
| 4 | 12-31-00 | Piper Marbury Rudnick & Wolf, LLP | 17,396 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 LLC #1- Retail Shopping/Real Estate 1, Birmingham, AL | B | Distribution | J | W | Exempt | | | | |
| 2 First Commercial Bank Acct | A | Interest | J | T | Exempt | | | | |
| 3 First Commercial Bank Acct | A | Interest | J | T | Exempt | | | | |
| 4 American Fund-Fundamental Investors | A | Dividend | J | T | Exempt | | | | |
| 5 American Fund-Europacific Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 6 American Fund-Capital World Growth and Income | A | Dividend | J | T | Exempt | | | | |
| 7 Centennial Money Market Trust | A | Dividend | J | T | Exempt | | | | |
| 8 Compass Bank Common Stock | A | Dividend | K | T | Exempt | | | | |
| 9 Centennial Money Market | A | Dividend | J | T | Exempt | | | | |
| 10 Berger Omni Investment Fund Tr Small Cap Value Fund | A | Dividend | J | T | Exempt | | | | |
| 11 Dreyfuss Appreciation Fund | A | Dividend | J | T | Exempt | | | | |
| 12 Fundamental Investors | A | Dividend | J | T | Exempt | | | | |
| 13 Growth Fund of America | A | Dividend | J | T | Exempt | | | | |
| 14 Lord Abbett Dev. Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 15 Putnam Intl Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 16 T. Rowe Price Intl Stock Fund | A | Dividend | J | T | Exempt | | | | |
| 17 Compass Bank Account | A | Interest | J | T | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 8/5/01 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Smith Barney Money Funds Cash Port CL Fund | B | Dividend | K | T | Exempt | | | | |
| 19 RGBK Common Stock | A | Dividend | J | T | Exempt | | | | |
| 20 Legg Mason Value Trust | C | Dividend | J | T | Exempt | | | | |
| 21 Elan Corp PLC ADR | A | Dividend | K | T | Exempt | | | | |
| 22 Merck Common Stock | A | Dividend | K | T | Exempt | | | | |
| 23 Microsoft Common Stock | A | Dividend | J | T | Exempt | | | | |
| 24 Templeton Dragon Fund | A | Dividend | J | T | Exempt | | | | |
| 25 Walmart Stores Common Stock | A | Dividend | J | T | Exempt | | | | |
| 26 Pinnacle Bank Common Stock | A | Dividend | | T | Exempt | | | | |
| 27 Alabama 0% Judicial Bldg Bonds | A | Distribution | J | W | Exempt | | | | |
| 28 Fundamental Investors Fund (IRA) | A | Dividend | J | T | Exempt | | | | |
| 29 Growth Fund of America (IRA) | A | Dividend | J | T | Exempt | | | | |
| 30 New Perspective Fund (IRA) | A | Dividend | J | T | Exempt | | | | |
| 31 Small Cap World Fund-IRA | A | Dividend | J | T | Exempt | | | | |
| 32 Wash Mut Inv Fund-IRA | A | Dividend | J | T | Exempt | | | | |
| 33 Pfizer Common Stock-IRA | A | Dividend | J | T | Exempt | | | | |
| 34 Aim Equity Funds-IRA | A | Dividend | K | T | Exempt | | | | |

| 'nc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Bowdre, Karon O. |
| Date of Report | 8/5/01 |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Aim Inv-Global Consumer-IRA | A | Dividend | J | T | Exempt | | | | |
| 36 Capital World Growth&Inc-IRA | A | Dividend | K | T | Exempt | | | | |
| 37 Euro Pac Growth-IRA | A | Dividend | K | T | Exempt | | | | |
| 38 Invest Co of Amer-IRA | A | Dividend | K | T | Exempt | | | | |
| 39 Growth Fund Amer-IRA | A | Dividend | L | T | Exempt | | | | |
| 40 Liberty Fund Trust-IRA-Newport Tiger | A | Dividend | J | T | Exempt | | | | |
| 41 New Economy Fund-IRA | A | Dividend | J | T | Exempt | | | | |
| 42 Smallcap World Fund-IRA | A | Dividend | L | T | Exempt | | | | |
| 43 Wash Mut. Inv Fund-IRA | B | Dividend | L | T | Exempt | | | | |
| 44 Fidelity Disc Equity-IRA | A | Dividend | J | T | Exempt | | | | |
| 45 Fidelity Equity Income | B | Dividend | K | T | Exempt | | | | |
| 46 Fidelity Discp. Equity | B | Dividend | J | T | Exempt | | | | |
| 47 AmSouth Bancorp Common Stock | A | Dividend | J | T | Exempt | | | | |
| 48 Bank of America Common Stock | A | Dividend | J | T | Exempt | | | | |
| 49 Van Kampen Amer Value Fund | A | Dividend | J | T | Exempt | | | | |
| 50 Van Kampen Emerging Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 51 Compass Bank Acct | A | Interest | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Inc/Gain Codes:** (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| | | | | | |
|---|---|---|---|---|---|
| **2 Val Codes:** (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| | | | | |
|---|---|---|---|---|
| **3 Val Mth Codes:** (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 8/5/01 |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Pioneer Growth/Income Fund | B | Dividend | K | T | Exempt | | | | |
| 53 Inv. Co of Amer Fund | A | Dividend | K | T | Exempt | | | | |
| 54 Putnam Voyager Fund | A | Dividend | K | T | Exempt | | | | |
| 55 Inv. Co. of America Fund | A | Dividend | K | T | Exempt | | | | |
| 56 ICOS Common Stock | A | Dividend | J | T | Exempt | | | | |
| 57 ALKS Common Stock | A | Dividend | K | T | Exempt | | | | |
| 58 Trust I; Inc.Benef.; Trustee= Spouse; See Part VIII | D | Distribution | M | W | Exempt | | | | |
| 59 AmSouth Bank Acct | B | Interest | K | T | Exempt | | | | |
| 60 American New Perspective Fund | A | Dividend | J | T | Exempt | | | | |
| 61 American New Perspective Fund | A | Dividend | J | T | Exempt | | | | |
| 62 Cisco Systems Common Stock | A | Dividend | J | T | Exempt | | | | |
| 63 Seligman Henderson Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 64 Trust II; Inc. Bene.; Spouse=Trustee, see Part VIII. | E | Distribution | M | W | Exempt | | | | |
| 65 LLC II, interest in eVault, Inc. & CCN, Inc. | A | Distribution | K | W | Exempt | | | | |
| 66 401(k)@ The Principal, See Part VIII. | C | Dividend | K | T | Exempt | | | | |
| 67 Lawfirm Capital Contribution (Spouse) | | None | K | W | Exempt | | | | |
| 68 Trust III; Inc. Benef.; Life Insurance; Trustee=Spouse | A | None | K | W | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 85/01 |

## L. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Trust IV, Inc. Benef.; Life Insurance; Trustee=Spouse | A | None | J | W | Exempt | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

| Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 2. AGREEMENTS (cont'd.)

| Line | Date | Parties and Terms |
|---|---|---|
| 4 | 09-03-00 | Smith & Ely (Consultant on hourly basis as Expert Witness) |
| 5 | 05-01-00 | Cumberland School of Law, Samford University (employment on annual salary basis as Law Professor) |
| 6 | 11-01-00 | Burr & Forman (Consultant on hourly basis as Expert Witness) |
| 7 | 05-30-01 | Bainbridge & Mims (Consultant on hourly basis as Expert Witness) |
| 8 | 04-30-01 | Barnes & Radney (Consultant on hourly basis as Expert Witness) |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 01/01/00 | Kaybee Saddlebreds (Breed, Train and Show American Saddlebred Horses) | 1,000 |
| 6 | 01/01/01 | Self-Employed-Private Law Practice | |
| 7 | 12-31-99 | Samford University, Cumberland School of Law (Law Professor) | 68,291 |
| | 12-31-00 | Barnes & Radney (Expert Witness Fee) | 8,412 |
| 9 | 12-31-00 | Private Law Practice | |
| 10 | 12-31-99 | Private Law Practice | |

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Karon O. Bowdre_    Date _8/05/01_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bowdre, Karon O. | 8/5/01 |

## ADDITIONAL INFORMATION OR EXPLANATIONS.

(Indicate part of report.)

Trust I Assets: interest in LLC owing Timberland, Apts in Macon, GA vicinity.

Trust II Assets: interest in LLC owning Timberland, Apts in Macon, GA vicinity.

401(k): Large Cap Stock Index, Small Company Blend, International Stock
Fund